UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL MCAVOY :<br>    Plaintiff :<br>:<br>v. :<br>:<br>BRINKER INTERNATIONAL, INC. DBA :<br>CHILI'S BAR AND GRILL :<br>    Defendant :<br>: | Civil Action No.<br><br>DECEMBER 26, 2019 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Brinker International, Inc. dba Chili's Bar and Grill[1] respectfully states:

1. On or about November 30, 2019, an action was commenced against Defendant Brinker International, Inc. dba Chili's Bar and Grill in the Superior Court for the Judicial District of New London, in the State of Connecticut, captioned <u>Jill McAvoy v. Brinker International, Inc. dba Chili's Bar and Grill</u>, KNL-CV19-6044109-S ("State Action"), by service of process on Defendant's agent for service in Connecticut. Copies of all process, pleadings and orders served upon Defendant Brinker International, Inc. dba Chili's Bar and Grill in the State Action are annexed hereto as Exhibit A.

2. This action is removed to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, federal question jurisdiction. Plaintiff Jill McAvoy alleges that Defendant violated her rights under the Fair Labor Standards Act, 29

---

[1] Plaintiff's employer, and thus the proper-named Defendant, was Brinker Payroll Company, L.P. Brinker Payroll Company, L.P. files this removal as if it was properly named.

U.S.C. §§ 206, 207 and 216(b).

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. Defendant Brinker International, Inc. dba Chili's Bar and Grill first received the complaint upon which this removal is based by service on November 30, 2019. Therefore, this Petition for Removal is filed with this Court within thirty (30) days, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

5. Defendant Brinker International, Inc. dba Chili's Bar and Grill submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6. This Petition will be filed promptly with the Superior Court for the Judicial District of New London, as required by 28 U.S.C. § 1446(d).

7. By copy of this document and in accordance with the Certificate of Service, Defendant Brinker International, Inc. dba Chili's Bar and Grill is providing notice to all parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Brinker International, Inc. dba Chili's Bar and Grill respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of New London, be removed to this Court.

DEFENDANT,
BRINKER INTERNATIONAL, INC DBA
CHILI'S BAR AND GRILL


By: */s/ Allison P. Dearington*
David R. Golder (ct 27941)
Allison P. Dearington (ct 29277)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
david.golder@jacksonlewis.com
allison.dearington@jacksonlewis.com

**CERTIFICATION OF SERVICE**

I hereby certify that on December 26, 2019, a copy of the foregoing was filed electronically. A copy has been served via first-class mail, postage prepaid, to all parties of record as follows:

>Michelle N. Holmes
>One Exchange Place
>21 West Main Street, Fourth Floor
>Waterbury, CT 06702


>/s/ *Allison P. Dearington*
>Allison P. Dearington